ALBERT BRAUER, Appellant, *v.* JULIA W. LAWRENCE, Respondent.

*Brauer* v. *Lawrence,* 165 App. Div. 8, appeal withdrawn.
(Submitted April 16, 1917; decided April 24, 1917.)

MOTION for leave to withdraw an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 14, 1914, reversing a judgment in favor of plaintiff entered upon a verdict directed by the court and granting a new trial in an action for services.

The motion was made upon the ground that the appeal was inadvertently taken.

*William K. Hartpence* for motion.

*Benjamin R. Buffett* opposed.

Motion granted upon payment of costs of appeal and ten dollars costs of motion.